

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00754-CR

Ashley Nicole Olivia **LOPEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR2149
Honorable Lori I. Valenzuela, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED December 12, 2018.

_____
Karen Angelini, Justice